# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MAGIERA, DWAYNE              Case No. 07-15033
       MAGIERA, LUWAYNE

                                                           ,       Chapter 7
                               Debtors

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 20, 2007. The undersigned trustee was appointed on August 20, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $ 37,210.00

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,723.00 |
| Bank service fees | 37.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 33,449.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/04/2008 and the deadline for filing governmental claims was 01/04/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,471.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,471.00, for a total compensation of $4,471.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $22.34, for total expenses of $22.34.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/29/2015       By: /s/DEBORAH K. EBNER, Trustee
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-15033  
**Case Name:** MAGIERA, DWAYNE  
MAGIERA, LUWAYNE  
**Period Ending:** 07/16/15

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 08/20/07 (f)  
**§341(a) Meeting Date:** 10/04/07  
**Claims Bar Date:** 01/04/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House; 6609 Neilis Ln., Plainfield IL - new air, | 215,000.00 | 18,905.26 | | 0.00 | FA |
| 2 | Personal funds | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking - First Midwest Bank | 40.00 | 0.00 | | 0.00 | FA |
| 4 | Savings - First Midwest Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous personal possessions In debtor's p | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous used clothing - fully depreciated | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Whole Life Insurance - State Farm | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Whole Life Insurance - State Farm | 500.00 | 0.00 | | 0.00 | FA |
| 9 | 401(k) Max Madsen Mitsubishi | 12,500.00 | 0.00 | | 0.00 | FA |
| 10 | Pension - Mechanics Local 701 | Unknown | 0.00 | | 0.00 | FA |
| 11 | 1999 Dodge Grand Caravan 140,000 miles In debtor | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2004 Mitsubishi Endeavor LS AWD 57,000 miles In | 12,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | Settlement of un scheduled product liability/PI (u) | Unknown | Unknown | | 37,210.00 | FA |
| 13 | **Assets   Totals** (Excluding unknown values) | **$246,640.00** | **$18,905.26** | | **$37,210.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case reopened to administer proceeds of undisclosed product liability cause of action.. FInal Report to be submitted in or about July 2015.

**Initial Projected Date Of Final Report (TFR):** July 31, 2015     **Current Projected Date Of Final Report (TFR):** July 31, 2015

Printed: 07/29/2015 12:27 PM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-15033  
**Case Name:** MAGIERA, DWAYNE  
MAGIERA, LUWAYNE  
**Taxpayer ID #:** **-***9261  
**Period Ending:** 07/16/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/05/15 | {13} | Meyers & Flowers LLC | Court approval of settlement on 6/5/15 | 1249-000 | 37,210.00 | | 37,210.00 |
| 06/29/15 | 101 | US Department of Treasury | void<br>Voided on 06/30/15 | 2810-000 | | 2,415.00 | 34,795.00 |
| 06/29/15 | 102 | Illinois Department of Revenue | void<br>Voided on 06/30/15 | 2690-000 | | 1,017.00 | 33,778.00 |
| 06/30/15 | 101 | US Department of Treasury | void<br>Voided: check issued on 06/29/15 | 2810-000 | | -2,415.00 | 36,193.00 |
| 06/30/15 | 102 | Illinois Department of Revenue | void<br>Voided: check issued on 06/29/15 | 2690-000 | | -1,017.00 | 37,210.00 |
| 06/30/15 | 103 | US Department of Treasury | Taxes | 2810-000 | | 2,378.00 | 34,832.00 |
| 06/30/15 | 104 | Illinois Department of Revenue | Taxes | 2690-000 | | 1,345.00 | 33,487.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.46 | 33,449.54 |
| | | | **ACCOUNT TOTALS** | | 37,210.00 | 3,760.46 | **$33,449.54** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 37,210.00 | 3,760.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,210.00** | **$3,760.46** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6766** | 37,210.00 | 3,760.46 | 33,449.54 |
| | **$37,210.00** | **$3,760.46** | **$33,449.54** |

{} Asset reference(s)

Printed: 07/29/2015 12:27 PM V.13.23

| | | | | | |
|---|---|---|---|---|---|
| Printed: 07/29/15 12:27 PM | | **Claims Distribution Register** | | | Page: 1 |

**Case: 07-15033   MAGIERA, DWAYNE**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 10/22/07 | 100 | Merrill Lynch Bank USA<br>PO BOX 91060<br>Mobile, AL 36691<br>\<4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)\><br>Disallowed Per Order - Doc #42 May 8, 2015 | 10,998.02 | 0.00 * | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 100 | Amtrust Bank<br>\<4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 100 | Center One Financial<br>\<4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 100 | Chase<br>\<4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$10,998.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$10,998.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/20/07 | 200 | Illinois Department of Revenue<br>\<2690-00   Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid)\> | 1,345.00 | 1,345.00 | 1,345.00 | 0.00 | 0.00 |
| | 08/20/07 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>\<2100-00   Trustee Compensation\> | 4,471.00 | 4,471.00 | 0.00 | 4,471.00 | 4,471.00 |
| | 08/20/07 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>\<2200-00   Trustee Expenses\> | 22.34 | 22.34 | 0.00 | 22.34 | 22.34 |
| | 08/20/07 | 200 | Law Office of Deborah Kanner Ebner<br>11 E Adams Sr<br>Suite 904<br>Chicago, IL 60603<br>\<3110-00   Attorney for Trustee Fees (Trustee Firm)\> | 840.00 | 840.00 | 0.00 | 840.00 | 840.00 |
| | 08/20/07 | 200 | US Department of Treasury<br>\<2810-00   Income Taxes - Internal Revenue Service (post-petition)\> | 2,378.00 | 2,378.00 | 2,378.00 | 0.00 | 0.00 |
| | 08/20/07 | 200 | Popowcer Katten<br>c/o Lois West<br>35 East Wacker Drive Suite 1550<br>Chicago, IL 60601<br>\<3410-00   Accountant for Trustee Fees (Other Firm)\> | 950.00 | 950.00 | 0.00 | 950.00 | 950.00 |
| | | | **Total for Priority 200:   100% Paid** | **$10,006.34** | **$10,006.34** | **$3,723.00** | **$6,283.34** | **$6,283.34** |
| | | | **Total for Admin Ch. 7 Claims:** | **$10,006.34** | **$10,006.34** | **$3,723.00** | **$6,283.34** | **$6,283.34** |

(*) Denotes objection to Amount Filed

Printed: 07/29/15 12:27 PM  **Claims Distribution Register**  Page: 2

**Case:  07-15033   MAGIERA, DWAYNE**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Unsecured Claims:** | | | | | | | | |
| 2 | 10/26/07 | 810 | Chase Bank USA<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978<br><7100-00   General Unsecured § 726(a)(2)> | 6,507.52 | 6,507.52 | 0.00 | 6,507.52 | 5,743.12 |
| 3 | 10/26/07 | 810 | World Financial Network National Bank<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978<br><7100-00   General Unsecured § 726(a)(2)> | 271.04 | 271.04 | 0.00 | 271.04 | 239.20 |
| 4 | 10/26/07 | 810 | Chase Bank USA<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978<br><7100-00   General Unsecured § 726(a)(2)> | 10,647.17 | 10,647.17 | 0.00 | 10,647.17 | 9,396.51 |
| 5 | 11/01/07 | 810 | Silver Cross Hospital<br>Attn Patient Accts<br>1200 Maple Rd<br>Joliet, IL 60432<br><7100-00   General Unsecured § 726(a)(2)> | 1,057.88 | 1,057.88 | 0.00 | 1,057.88 | 933.62 |
| 6 | 12/17/07 | 810 | eCAST Settlement Corporation<br>assignee of HSBC Bank Nevada<br>HSBC Card Services III<br>POB 35480<br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)> | 12,298.36 | 12,298.36 | 0.00 | 12,298.36 | 10,853.75 |
| NOTFILED | 08/20/07 | 810 | Bank of America<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Bill Me Later<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Caton Crossimg Dental<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | CitiCard<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Community Orthopedics<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Corwin Medical Care<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Future Diagnostics<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Prairie Emergency Phys<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 07/29/15 12:27 PM         **Claims Distribution Register**                Page: 3

**Case:  07-15033    MAGIERA, DWAYNE**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| NOTFILED | 08/20/07 | 810 | Provena -St Joseph Medical Center <br> <7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Silver Cross Hospital <br> <7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Wells Fargo Financial <br> <7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 08/20/07 | 810 | Will County Medical Associates <br> <7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810:    88.25361% Paid** | **$30,781.97** | **$30,781.97** | **$0.00** | **$30,781.97** | **$27,166.20** |
| | | | **Total for Unsecured Claims:** | **$30,781.97** | **$30,781.97** | **$0.00** | **$30,781.97** | **$27,166.20** |
| | | | **Total for Case :** | **$51,786.33** | **$40,788.31** | **$3,723.00** | **$37,065.31** | **$33,449.54** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 07-15033
Case Name: MAGIERA, DWAYNE
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:** $ 33,449.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 33,449.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 4,471.00 | 0.00 | 4,471.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 22.34 | 0.00 | 22.34 |
| Attorney for Trustee, Fees - Law Office of Deborah Kanner Ebner | 840.00 | 0.00 | 840.00 |
| Accountant for Trustee, Fees - Popowcer Katten | 950.00 | 0.00 | 950.00 |

Total to be paid for chapter 7 administration expenses: $ 6,283.34
Remaining balance: $ 27,166.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 27,166.20

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 27,166.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,781.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 88.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA | 6,507.52 | 0.00 | 5,743.12 |
| 3 | World Financial Network National Bank | 271.04 | 0.00 | 239.20 |
| 4 | Chase Bank USA | 10,647.17 | 0.00 | 9,396.51 |
| 5 | Silver Cross Hospital | 1,057.88 | 0.00 | 933.62 |
| 6 | eCAST Settlement Corporation assignee of HSBC Bank Nevada | 12,298.36 | 0.00 | 10,853.75 |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 27,166.20 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**