**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MAGIERA, DWAYNE § Case No. 07-15033
        MAGIERA, LUWAYNE §
                              §
Debtor(s)                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 09/18/2015 in Courtroom 201, United States Courthouse, Joliet City Hall, 150 West Jefferson St. 2nd Flr. Joliet IL 60432
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/02/2015     By: /s/DEBORAH K. EBNER
                                         Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: MAGIERA, DWAYNE | § | Case No. 07-15033 |
| MAGIERA, LUWAYNE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 37,210.00 |
| *and approved disbursements of* | $ 3,760.46 |
| *leaving a balance on hand of* [1] | $ 33,449.54 |
| **Balance on hand:** | $ 33,449.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 33,449.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 4,471.00 | 0.00 | 4,471.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 22.34 | 0.00 | 22.34 |
| Attorney for Trustee, Fees - Law Office of Deborah Kanner Ebner | 840.00 | 0.00 | 840.00 |
| Accountant for Trustee, Fees - Popowcer Katten | 950.00 | 0.00 | 950.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,283.34 |
| Remaining balance: | $ 27,166.20 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:   $     27,166.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $           0.00
Remaining balance:   $     27,166.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,781.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 88.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA | 6,507.52 | 0.00 | 5,743.12 |
| 3 | World Financial Network National Bank | 271.04 | 0.00 | 239.20 |
| 4 | Chase Bank USA | 10,647.17 | 0.00 | 9,396.51 |
| 5 | Silver Cross Hospital | 1,057.88 | 0.00 | 933.62 |
| 6 | eCAST Settlement Corporation assignee of HSBC Bank Nevada | 12,298.36 | 0.00 | 10,853.75 |

Total to be paid for timely general unsecured claims:   $     27,166.20
Remaining balance:   $           0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 07-15033-BWB
Dwayne Magiera                                                               Chapter 7
LuWayne Magiera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal              Page 1 of 2              Date Rcvd: Aug 06, 2015
                              Form ID: pdf006             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2015.
```
db/jdb         +Dwayne Magiera,    LuWayne Magiera,    6609 Neilis Ln.,    Plainfield, IL 60586-6203
11556933        Amtrust Bank,    PO Box 89434,    Cleveland, OH 44101-6434
11556935        Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11556936       +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
11556943      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Card,    PO Box 688911,    Des Moines, IA 50368)
11556946    ++++CORWIN MEDICAL CARE,    15728 S ROUTE 59,    PLAINFIELD IL  60544-2693
               (address filed with court: Corwin Medical Care,    15722 S. Route 59 Bldg 142,
                 Plainfield, IL 60544)
11556937        Caton Crossing Dental Care, Ltd,    2318 Illinois Route 59,    Plainfield, IL 60586-7756
11556938       +Center One Financial Services,    PO Box 70866,    Charlotte, NC 28272-0866
11556940        Chase,    PO Box 15298,    Wilmington, DE 19850-5298
11556941        Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11556939        Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
11556942        Citi Card,    PO Box 6000,    The Lakes, NV 89163-6000
11556944       +Community Orthopedics,    1240 Essington Rd., Suite 200,    Joliet, IL 60435-8438
11556945        Corwin Medical Care,    PO Box 742518,    Cincinnati, OH 45274-2518
11556947        Future Diagnostics Group,    254 Republic Ave.,    Joliet, IL 60435-6518
11556948        Healthcare Revenue Recovery Group L,    PO Box 5406,    Cincinnati, OH 45273-7942
11694626       +Merrill Lynch Bank USA,    PO BOX 91060,    Mobile AL 36691-1060
11556949       +NCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
11556950        Prairie Emergency Phys,    C/O Healthcare Revenue Recovery Gro,    PO Box 189053,
                 Fort Lauderdale, FL 33318-9053
11556951       +Provena,    St. Joseph Medical Center,    333 N. Madison St.,    Joliet, IL 60435-8200
11556952        Provena Saint Joseph Med Center,    75 Remittance Dr., Suite 1366,    Chicago, IL 60675-1366
11556953       +Silver Cross Hospital,    1200 Maple Rd.,    Joliet, IL 60432-1497
11722885       +Silver Cross Hospital,    Attn Patient Accts,    1200 Maple Rd,    Joliet, IL 60432-1497
11556954        Union Plus Credit Card,    PO Box 80027,    Salinas, CA 93912-0027
11556955        Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
11556956        Wells Fargo Financial,    852 Sharp Ave., Unit O,    Shorewood, IL 60404-8841
11556957       +Will County Medical Associates,    2100 Glenwood Ave.,    Joliet, IL 60435-5488
11815885        eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
                 POB 35480,    Newark NJ 07193-5480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11705256          E-mail/Text: bncmail@w-legal.com Aug 07 2015 00:24:56     Chase Bank USA,
                 c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11705278          E-mail/Text: bncmail@w-legal.com Aug 07 2015 00:24:56     World Financial Network National Bank,
                 c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
                                                                                             TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
11556934       ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
                                                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2015                               Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: corrinal              Page 2 of 2                  Date Rcvd: Aug 06, 2015
                               Form ID: pdf006             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2015 at the address(es) listed below:

```
          Deborah   Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah   Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah   Kanner Ebner    on behalf of Accountant Lois  West dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          G. Alexander  McTavish    on behalf of Joint Debtor LuWayne  Magiera amctavish@fmcolaw.com
          G. Alexander  McTavish    on behalf of Debtor Dwayne  Magiera amctavish@fmcolaw.com
          G. Alexander  McTavish    on behalf of Trustee Deborah  Kanner Ebner amctavish@fmcolaw.com
          Joseph  Wrobel    on behalf of Debtor Dwayne  Magiera josephwrobel@chicagobankruptcy.com,
           chepe48@gmail.com,lindabolotin@gmail.com
          Joseph  Wrobel    on behalf of Joint Debtor LuWayne  Magiera josephwrobel@chicagobankruptcy.com,
           chepe48@gmail.com,lindabolotin@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```