**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: MAGIERA, DWAYNE　　　　　　　　§　Case No. 07-15033
　　　　MAGIERA, LUWAYNE　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $246,640.00 | Assets Exempt: | $61,640.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $27,166.20 | Claims Discharged Without Payment: | $29,114.69 |
| Total Expenses of Administration: | $10,043.80 | | |

　　　　3) Total gross receipts of $37,210.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $37,210.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $31,981.93 | $10,998.02 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $10,043.80 | $10,043.80 | $10,043.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $237,931.37 | $31,715.59 | $31,715.59 | $27,166.20 |
| **TOTAL DISBURSEMENTS** | $269,913.30 | $52,757.41 | $41,759.39 | $37,210.00 |

4) This case was originally filed under chapter 7 on 08/20/2007. The case was pending for 103 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2016     By: /s/ Deborah Ebner
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement of un scheduled product liability/PI | 1249-000 | $37,210.00 |
| **TOTAL GROSS RECEIPTS** | | **$37,210.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Merrill Lynch Bank USA | 4210-000 | $0.00 | $10,998.02 | $0.00 | $0.00 |
| N/F | Center One Financial | 4210-000 | $12,461.38 | NA | NA | NA |
| N/F | Amtrust Bank | 4110-000 | $19,520.55 | NA | NA | NA |
| | **TOTAL SECURED** | | **$31,981.93** | **$10,998.02** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | NA | $4,471.00 | $4,471.00 | $4,471.00 |
| DEBORAH K. EBNER, Trustee | 2200-000 | NA | $22.34 | $22.34 | $22.34 |
| Law Office of Deborah Kanner Ebner | 3110-000 | NA | $840.00 | $840.00 | $840.00 |
| Rabobank, N.A. | 2600-000 | NA | $37.46 | $37.46 | $37.46 |
| Illinois Department of Revenue | 2690-000 | NA | $1,345.00 | $1,345.00 | $1,345.00 |
| US Department of Treasury | 2810-000 | NA | $2,378.00 | $2,378.00 | $2,378.00 |
| Popowcer Katten | 3410-000 | NA | $950.00 | $950.00 | $950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$10,043.80** | **$10,043.80** | **$10,043.80** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA | 7100-000 | $153,081.71 | $6,507.52 | $6,507.52 | $5,743.12 |
| 3 | World Financial Network National Bank | 7100-000 | $0.00 | $271.04 | $271.04 | $239.20 |
| 4 | Chase Bank USA | 7100-000 | $10,647.17 | $10,647.17 | $10,647.17 | $9,396.51 |
| 5 | Silver Cross Hospital | 7100-000 | $37,511.05 | $1,057.88 | $1,057.88 | $0.00 |
| 6 | eCAST Settlement Corporation assignee of HSBC Bank Nevada | 7100-000 | $12,126.14 | $12,298.36 | $12,298.36 | $10,853.75 |
|  | Clerk of the United States Bankruptcy Court | 7100-000 | NA | $933.62 | $933.62 | $933.62 |
| N/F | Corwin Medical Care | 7100-000 | $78.20 | NA | NA | $0.00 |
| N/F | Community Orthopedics | 7100-000 | $421.10 | NA | NA | $0.00 |
| N/F | Prairie Emergency Phys | 7100-000 | $40.20 | NA | NA | $0.00 |
| N/F | CitiCard | 7100-000 | $15,469.92 | NA | NA | $0.00 |
| N/F | Caton Crossimg Dental | 7100-000 | $145.95 | NA | NA | $0.00 |
| N/F | Bill Me Later | 7100-000 | $442.80 | NA | NA | $0.00 |
| N/F | Wells Fargo Financial | 7100-000 | $1,369.00 | NA | NA | $0.00 |
| N/F | Will County Medical Associates | 7100-000 | $380.79 | NA | NA | $0.00 |
| N/F | Future Diagnostics | 7100-000 | $13.40 | NA | NA | $0.00 |
| N/F | Provena -St Joseph Medical Center | 7100-000 | $688.65 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $5,515.29 | NA | NA | $0.00 |
|  | **TOTAL GENERAL UNSECURED CLAIMS** |  | **$237,931.37** | **$31,715.59** | **$31,715.59** | **$27,166.20** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 07-15033 | Trustee Name: | (330480) Deborah Ebner |
|---|---|---|---|
| Case Name: | MAGIERA, DWAYNE<br>MAGIERA, LUWAYNE | Date Filed (f) or Converted (c): | 08/20/2007 (f) |
| | | § 341(a) Meeting Date: | 10/04/2007 |
| For Period Ending: | 03/31/2016 | Claims Bar Date: | 01/04/2008 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House; 6609 Neilis Ln., Plainfield IL - new air, | 215,000.00 | 18,905.26 | | 0.00 | FA |
| 2 | Personal funds | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking - First Midwest Bank | 40.00 | 0.00 | | 0.00 | FA |
| 4 | Savings - First Midwest Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous personal possessions In debtor's p | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous used clothing - fully depreciated | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Whole Life Insurance - State Farm | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Whole Life Insurance - State Farm | 500.00 | 0.00 | | 0.00 | FA |
| 9 | 401(k) Max Madsen Mitsubishi | 12,500.00 | 0.00 | | 0.00 | FA |
| 10 | Pension - Mechanics Local 701 | Unknown | 0.00 | | 0.00 | FA |
| 11 | 1999 Dodge Grand Caravan 140,000 miles In debtor | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2004 Mitsubishi Endeavor LS AWD 57,000 miles In | 12,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | Settlement of un scheduled product liability/PI (u) | Unknown | Unknown | | 37,210.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$246,640.00** | **$18,905.26** | | **$37,210.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 07-15033 | **Trustee Name:** (330480) Deborah Ebner |
| **Case Name:** MAGIERA, DWAYNE<br>MAGIERA, LUWAYNE | **Date Filed (f) or Converted (c):** 08/20/2007 (f) |
| | **§ 341(a) Meeting Date:** 10/04/2007 |
| **For Period Ending:** 03/31/2016 | **Claims Bar Date:** 01/04/2008 |

**Major Activities Affecting Case Closing:**

Case reopened to administer proceeds of undisclosed product liability cause of action.. FInal Report to be submitted in or about July 2015.

**Initial Projected Date Of Final Report (TFR):** 07/31/2015        **Current Projected Date Of Final Report (TFR):** 07/30/2015 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 07-15033 | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MAGIERA, DWAYNE<br>MAGIERA, LUWAYNE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9261 | Account #: | ******6766 Checking Account |
| For Period Ending: | 03/31/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/05/2015 | {13} | Meyers & Flowers LLC | Court approval of settlement on 6/5/15 | 1249-000 | 37,210.00 | | 37,210.00 |
| 06/29/2015 | 101 | US Department of Treasury | void Voided on 06/30/2015 | 2810-000 | | 2,415.00 | 34,795.00 |
| 06/29/2015 | 102 | Illinois Department of Revenue | void Voided on 06/30/2015 | 2690-000 | | 1,017.00 | 33,778.00 |
| 06/30/2015 | 101 | US Department of Treasury | void Voided: check issued on 06/29/2015 | 2810-000 | | -2,415.00 | 36,193.00 |
| 06/30/2015 | 102 | Illinois Department of Revenue | void Voided: check issued on 06/29/2015 | 2690-000 | | -1,017.00 | 37,210.00 |
| 06/30/2015 | 103 | US Department of Treasury | Taxes | 2810-000 | | 2,378.00 | 34,832.00 |
| 06/30/2015 | 104 | Illinois Department of Revenue | Taxes | 2690-000 | | 1,345.00 | 33,487.00 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.46 | 33,449.54 |
| 09/21/2015 | 105 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $4,471.00, Trustee Compensation; Reference: | 2100-000 | | 4,471.00 | 28,978.54 |
| 09/21/2015 | 106 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $22.34, Trustee Expenses; Reference: | 2200-000 | | 22.34 | 28,956.20 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                              ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 07-15033 | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MAGIERA, DWAYNE<br>MAGIERA, LUWAYNE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9261 | Account #: | ******6766 Checking Account |
| For Period Ending: | 03/31/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/21/2015 | 107 | Law Office of Deborah Kanner Ebner | Dividend paid 100.00% on $840.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 840.00 | 28,116.20 |
| 09/21/2015 | 108 | Popowcer Katten | Dividend paid 100.00% on $950.00, Accountant for Trustee Fees (Other Firm); Reference: POPOWCWE KATTER | 3410-000 | | 950.00 | 27,166.20 |
| 09/21/2015 | 109 | Chase Bank USA | Dividend paid 88.25% on $6,507.52; Claim# 2; Filed: $6,507.52; Reference: | 7100-000 | | 5,743.12 | 21,423.08 |
| 09/21/2015 | 110 | World Financial Network National Bank | Dividend paid 88.25% on $271.04; Claim# 3; Filed: $271.04; Reference: | 7100-000 | | 239.20 | 21,183.88 |
| 09/21/2015 | 111 | Chase Bank USA | Dividend paid 88.25% on $10,647.17; Claim# 4; Filed: $10,647.17; Reference: | 7100-000 | | 9,396.51 | 11,787.37 |
| 09/21/2015 | 112 | Silver Cross Hospital | Dividend paid 88.25% on $1,057.88; Claim# 5; Filed: $1,057.88; Reference: Stopped on 01/07/2016 | 7100-000 | | 933.62 | 10,853.75 |
| 09/21/2015 | 113 | eCAST Settlement Corporation assignee of HSBC Bank Nevada | Dividend paid 88.25% on $12,298.36; Claim# 6; Filed: $12,298.36; Reference: | 7100-000 | | 10,853.75 | 0.00 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 07-15033 | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | MAGIERA, DWAYNE<br>MAGIERA, LUWAYNE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9261 | Account #: | ******6766 Checking Account |
| For Period Ending: | 03/31/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/07/2016 | 112 | Silver Cross Hospital | Dividend paid 88.25% on $1,057.88; Claim# 5; Filed: $1,057.88; Reference: Stopped: check issued on 09/21/2015 | 7100-000 | | -933.62 | 933.62 |
| 01/08/2016 | 114 | Clerk of the United States Bankruptcy Court | Turnover of unnegotiated funds for check number 112 payable to Silver Cross Hospital | 7100-000 | | 933.62 | 0.00 |
| | | **COLUMN TOTALS** | | | 37,210.00 | 37,210.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 37,210.00 | 37,210.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$37,210.00** | **$37,210.00** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 07-15033 |
| **Case Name:** | MAGIERA, DWAYNE<br>MAGIERA, LUWAYNE |
| **Taxpayer ID #:** | **-***9261 |
| **For Period Ending:** | 03/31/2016 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6766 Checking Account | $37,210.00 | $37,210.00 | $0.00 |
| | **$37,210.00** | **$37,210.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**